UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

GREGORIO SEIJAS HERNANDEZ,

      Petitioner,

v.                                        Case No. 3:26-cv-140-WWB-SJH

FIELD OFFICE DIRECT. GARRETT RIPA,
et al.,

      Respondents.
_____

## ORDER

1.    Petitioner has filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (Doc. 1) and an Emergency Motion for Temporary Restraining Order and Preliminary Injunction ("**Motion**") (Doc. 6).  In both the Petition and Motion, Petitioner asserts the Immigration Custom Enforcement ("**ICE**") has detained him longer than six months and his removal is not reasonably foreseeable, making his continued detention unconstitutional under *Zadvydas v. Davis*, 533 U.S. 678 (2001).  He also asserts Respondents unlawfully revoked his order of supervision; and that his current detention is not authorized by statute.  (*See generally* Doc. Nos. 1, 6).  As relief, he seeks, *inter alia*, immediate release from ICE custody, and an order reinstating his supervision and enjoining Respondents from re-detaining him or relocating him to another jurisdiction. (Doc. 1 at 12, Doc. 6 at 13).  Temporary restraining orders are meant to "preserv[e] the status quo rather than grant[] most or all of the substantive relief requested in the complaint." *Fernandez-Roque v. Smith*, 671 F.2d 426, 429 (11th Cir. 1983).  Here, Petitioner essentially seeks to obtain the affirmative relief sought in the Petition on an

expedited basis, rather than preserve the status quo. Therefore, Petitioner's Emergency Motion for Temporary Restraining Order (Doc. 6) is **DENIED without prejudice**. That said, given the exigency of the circumstances, the Court will issue an expedited response time to the Petition.

    2.    The Court's Order (Doc. 4) is **VACATED only to the extent** that Respondents must file a response in compliance with the Order (Doc. 4) **within 10 days of the date of this Order**.

**DONE AND ORDERED** in Jacksonville, Florida, on January 28, 2026.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

JAXP-7 1/26

c:    Counsel of Record
      U.S. Attorneys Office (USAFLM.JAX.Civil.NewCases@usdoj.gov)